■ In the Matter of the Claim of LOREEN KALISHER, Appellant. COMMISSIONER OF LABOR, Respondent. [999 NYS2d 770]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 21, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of BERNARDO NELSON, Appellant. COMMISSIONER OF LABOR, Respondent. [1 NYS3d 873]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 2, 2013, which ruled, among other things, that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

McCarthy, J.P., Garry, Egan Jr. and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of LEE H. HAGMIRE, Appellant. COMMISSIONER OF LABOR, Respondent. [1 NYS3d 873]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 8, 2014, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., Garry, Rose and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.